## CERTIFICATE OF SERVICE

### CIT Case No. 26-01371

      Pursuant to U.S Court of International Trade Rule 4(b) and (h), I hereby certify that on March 3, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Attorney-In-Charge<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, DC 20229 |

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005

                                                                           */s/ Erik D. Smithweiss*
                                                                                 Attorney Name